IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| Gary E. Roman | : | No. 23-13327-DJB |
| Debtor | : | |
| | : | |

OBJECTION TO PROOF OF CLAIM OF Terry P. Dershaw, as Chapter 7
<u>Trustee of House of Beauty, IV, Inc., Claim No. 10</u>

Debtor, by his counsel, objects to the Final Report where it lists a payment to Claimant Terry P. Dershaw, Chapter 7 Trustee of House of Beauty IV, Inc as follows;

1. Terry Dershaw has filed a proof of claim in the amount of $309,326.00.

2. This claim is allegedly based on monies which the Debtor is said to have borrowed from his Corporation, but not repaid or contributed to it.

3. Debtor believes these numbers to be inaccurate and opposes any distribution based on the same.

WHEREFORE, Debtor respectfully requests this Honorable Court enter an Order disallowing the proof of claim.

                                        Respectfully Submitted,

Dated: 06/13/2025          /s/ David M. Offen
                                     David M. Offen
                                     Attorney for Debtor(s)
                                     The Curtis Center
                                     601 Walnut Street, Suite 160 West
                                     Philadelphia, PA 19106
                                     215-625-9600
                                     info@offenlaw.com